JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX SILVA,<br>          Petitioner,<br><br>   v.<br><br>D. ASUNCION,<br>          Respondent. | Case No. 2:17-cv-08637-VBF-JC<br><br><br>FINAL JUDGMENT |

    Final judgment is hereby entered in favor of the respondent warden and against petitioner Felix Silva. IT IS SO ADJUDGED.

Date: December 14, 2020         /s/ Valerie Baker Fairbank
                                                _____
                                                The Honorable Valerie Baker Fairbank
                                                Senior United States District Judge